# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Johnathan Lacy, et. al. v. Tom Dart, et. al. | Case Number:<br>14 C 6259 |

Judge: Robert W. Gettleman

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Thomas Dart

SIGNATURE /s/ Michael Sorich

FIRM COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS 500 RICHARD J. DALEY CENTER

CITY/STATE/ZIP CHICAGO, IL 60602

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   TELEPHONE NUMBER
# 6279838                                (312) 603-5170

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒  NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐