# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Johnathan Lacy, et al.
                    Plaintiff,

v.                                               Case No.: 1:14–cv–06259
                                                      Honorable Robert W. Gettleman

Thomas Dart, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 9, 2016:

      MINUTE entry before the Honorable Robert W. Gettleman:Jury trial begins as to plaintiff Jonathan Lacy. Evidence heard and concluded. Jury trial ends on 9/9/2016. Jury returns its verdict finding that plaintiff Jonathan Lacy is entitled to compensatory damages in the amount of $600.00. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.