**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Johnathan Lacy, et al.
                      Plaintiff,

v.                                        Case No.: 1:14–cv–06259
                                                      Honorable Robert W. Gettleman

Thomas Dart, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 30, 2019:

      MINUTE entry before the Honorable M. David Weisman: Settlement conference held. All parties appeared. Parties were able to reach a settlement in this matter. Status hearing set for 2/12/20 at 9:15 a.m. If a stipulation of dismissal is filed prior to the next hearing, the status will be stricken and no appearance will be necessary. The Court sincerely thanks counsel for the professionalism and diligence in working to resolve this matter. Mailed notice (ao,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.