IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Johnathan Lacy, Marque Bowers, and Maurice Boston, individually and on behalf of a class, <br><br> *Plaintiff,* <br><br> -vs- <br><br> Thomas Dart, Sheriff of Cook County, and Cook County, <br><br> *Defendants.* | <br><br><br><br><br><br><br> No. 14-cv-6259 <br><br> Judge Gettleman |

## STIPULATION TO DISMISS WITH
## PREJUDICE AND WITHOUT COSTS

It is stipulated between plaintiffs Johnathan Lacy, Marque Bowers, and Maurice Boston and defendants Sheriff and Cook County, by their respective undersigned counsel, that this case is dismissed with prejudice and without costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure in accordance with settlement agreements executed by all parties.

| /s/ Patrick W. Morrissey <br><br> Thomas G. Morrissey, Ltd. <br> 10150 S. Western Ave., Suite Rear <br> Chicago, IL 60643 <br> (773)233-7900 <br> *An attorney for plaintiffs* | /s/ John Power (with consent) <br><br> John Power, ASA <br> 500 Richard J. Daley Center <br> Chicago, IL 60602 <br> *An attorney for defendant Sheriff* | /s/ Lyle Henretty (with consent) <br><br> Lyle Henretty, ASA <br> 50 W. Washington, Ste 2760 <br> Chicago, IL 60602 <br> *An attorney for defendant Cook County* |